IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JUSTIN ROBERT MORRIS ) | |
| ) | Civil No. 10-831-M0 |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| JEFFERY THOMAS, ) | ORDER TO DISMISS |
| ) | |
| Respondent. ) | |

MOSMAN, District Judge.

On July 16, 2010, Petitioner filed a Petition for Writ of Habeas Corpus (#2) in this Court. On September 7, 2010, the Court received Petitioner's *Pro Se* Motion to Voluntarily Dismiss (#7). Petitioner's Motion to Voluntarily Dismiss (#7) is GRANTED, and the Petition for Writ of Habeas Corpus (#1) is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED this  14th   day of September, 2010.

/s/ Michael W. Mosman
Michael W. Mosman
United States District Judge

1 - ORDER TO DISMISS